FRIEDA MILLER, as Industrial Commissioner of the State of New York, on behalf of the STATE INSURANCE FUND, Respondent, v. NEWPORT SAND & CEMENT CORP., Appellant.— Judgment and order affirmed, with costs.  Memorandum: The judgment herein was entered upon a verdict directed in plaintiff's favor in an action under section 93 of the Workmen's Compensation Law in which the Commissioner of Labor has recovered on behalf of the State Insurance Fund certain premiums due from the defendant for compensation insurance issued upon a single risk under successive insurance binders.   We find no proof that, in fixing the rate upon which the premiums in suit were based, the representatives of the State Insurance Fund acted in violation of section 89 of the Workmen's Compensation Law.   All concur.   (The judgment is for plaintiff in an action to recover insurance premiums. The order denies a motion for a new trial.)   Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Appellant, v. UNION TRUST COMPANY OF ROCHESTER, Defendant, and ABSTRACT TITLE & MORTGAGE CORPORATION, Respondent.— Judgment affirmed, with costs on the authority of *Mayers* v. *Van Schaick* (268 N. Y. 320).  All concur.  (The judgment dismisses the complaint as to the defendant Abstract Title & Mortgage Corporation, in an action under policies of title insurance.)  Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.  [168 Misc. 657.]